DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 283P14 | Clifford Roberts Wheeless, III, MD v. Maria Parham Medical Center, Inc. | 1. Plt's NOA Based Upon a Constitutional Question<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Amend NOA and PDR | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Allowed |
|---|---|---|---|
| 284P14 | State v. Terry Lynn Hall | Def's PDR Under N.C.G.S. § 7A-31 (COA14-40) | Denied |
| 286P09-2 | State v. Johnny M. McCullough | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Beaufort County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 289P14 | In the Matter of: K.G.A.W. and G.W.W. | Respondent-Father's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-137) | Denied<br><br>**Hunter, J., recused** |
| 292P14 | State v. Christopher Columbus Rogers, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-212)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 294P14 | Robert E. King and wife, Jo Ann O'Neal v. Michael S. Bryant, M.D., and Village Surgical Associates, P.A. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1003) | Allowed<br><br>**Hunter, J., recused** |
| 298P14 | State v. Tyrone Devon Sloan | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1469) | Denied |
| 299P10-3 | State v. Michael Wayne Mabe | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA09-1648) | Dismissed<br><br>**Jackson, J., and Beasley, J., recused** |